UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kimberly Bowie, <br><br> Plaintiff, <br> v. <br><br> Ally Financial, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 2:14-cv-01244-CRE |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 21, 2015

Respectfully submitted,

PLAINTIFF, Kimberly Bowie

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
**LEMBERG LAW, L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 21, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Jody B. Burton_____

              Jody B. Burton