UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Kimberly Bowie,<br><br>               Plaintiff,<br>     v.<br><br>Ally Financial, Inc.; and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.:  2:14-cv-01244-CRE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety *with prejudice*.  Each party shall bear its own attorneys' fees and costs.

| Kimberly Bowie | Ally Financial, Inc. |
|---|---|
| ___/s/ Jody B. Burton_____ | __/s/ Rebecca S. Saelao_____ |
| Jody B. Burton, Esq.<br>Bar No.: 71681<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Katherine E. Koop<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br><br>Rebecca S. Saelao, Esq.<br>SEVERSON & WERSON, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Attorneys for Defendant |

_____
SO ORDERED

07462.0471/4020635.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2015, a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was served electronically by the U.S. District Court for the Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By_/s/ Jody B. Burton_____
                                              Jody B. Burton