**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kimberly Bowie,<br><br>                    Plaintiff,<br>v.<br><br>Ally Financial, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 2:14-cv-01244-CRE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety *with prejudice*. Each party shall bear its own attorneys' fees and costs.

| Kimberly Bowie | Ally Financial, Inc. |
|---|---|
| /s/ Jody B. Burton | /s/ Rebecca S. Saelao |
| Jody B. Burton, Esq.<br>Bar No.: 71681<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Katherine E. Koop<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br><br>Rebecca S. Saelao, Esq.<br>SEVERSON & WERSON, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Attorneys for Defendant |

*Cynthia R Eddy*
SO ORDERED